UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOIEN LOUZON,                                           No. 09-11205

        Plaintiff,                              District Judge Anna Diggs Taylor

v.                                                      Magistrate Judge R. Steven Whalen

FORD MOTOR COMPANY,

        Defendant.

_____ /

## ORDER

      Plaintiff's Motion to Permit Attendance at Settlement Conference by Telephone

[Doc. #104] is hereby GRANTED.  Plaintiff Moien Louzon shall make himself available

by telephone beginning at 1:30 p.m. on Wednesday, April 9, 2014, until released by the

Court.

      IT IS SO ORDERED.


Date: March 24, 2014                     s/R. Steven Whalen
                                         R. STEVEN WHALEN
                                         UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing Order was sent to parties of record on March
24, 2014, electronically and/or by U.S. Mail.

                                         s/Michael Williams
                                         Case Manager for the
                                         Honorable R. Steven Whalen


-1-